1  STEPHEN RONFELDT (SBN 41044)            RICHARD E. WINNIE (SBN 68048)
   The Public Interest Law Project          JASON F. LAUREN (SBN 115015)
2  449 15ᵗʰ Street, Suite 301               CALVIN JAMES (SBN (098121)
   Oakland, California 94612                DONNA R. ZIEGLER (SBN 142415)
3  Telephone:    (510) 891-9794 Ext. 127    Office of the County Counsel,
   Facsimile:    (510) 891-9727             County of Alameda
4                                           1221 Oak Street, Suite 450
   Robert D. Newman                         Oakland, California 94612-4296
5  Richard A. Rothschild                    Telephone: (510)272-6700
   Western Center on Law and Poverty
6  3701 Wilshire Blvd., Suite 208           Attorneys for Defendants,
   Los Angeles, CA  90010-2809              County of Alameda, et al.
7  Telephone: (213) 487-7211
   Facsimile:  (213) 487-0242
8

9

10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13
   JANICE BROU, et al.,                     Case No. C-96-3206 CRB
14
                                            STIPULATION AND [PROPOSED]
          Plaintiffs,                       ORDER RE DISMISSAL WITHOUT
15                                          PREJUDICE
   v.
16
   COUNTY OF ALAMEDA, et al.
17
          Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

*Brou v. County of Alameda,* **Case No.: C-96-3206 CRB**
**Stipulation/Order re Dismissal**

1    Counsel for plaintiffs and defendants hereby stipulate that the above entitled action be

2    dismissed without prejudice.

3

4    DATED: ___/ ʒ / ⁴___ , 2005          Stephen Ronfeldt
                                            THE PUBLIC INTEREST LAW PROJECT
5
                                            Robert D. Newman
6                                           Richard A. Rothschild
                                            Western Center on Law and Poverty
7

8    By: _____

9    Attorney for Plaintiffs

10   DATED: ___12/2/___ , 2005             Richard E. Winnie
                                            Calvin James
11                                          Donna R. Ziegler
                                            Jason F. Lauren
12                                          OFFICE OF THE COUNTY COUNSEL,
13                                          COUNTY OF ALAMEDA

14

15   By: _____

16   Attorneys of Defendant

17

18   **IT IS SO ORDERED:**

19

20

21   DATED: ___Dec. 08___ , 2005

     _____
     UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28

*Brou v. County of Alameda*, Case No.: C-96-3206 CRB
Stipulation/Order re Dismissal